BRUCE J. HAGEL [SBN 63531]
ELIZABETH GADE [SBN 161495]
STEPHEN A. VALIZAN [SBN 260861]
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANSIO CHAO,<br>        Plaintiff,<br>  vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>        Defendant, | **CASE NO.:  2:10-CV-01972-KJN**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

      The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that plaintiff shall have a first extension of time of 30 days to file Plaintiff's Motion for Summary Judgment to allow for the parties to discuss adding additional evidence to the Administrative Record.  Plaintiff's new due date will be March 21, 2011, as the thirtieth day, March 19, 2011, falls on a Saturday.  The Court's Scheduling Order shall be modified accordingly.

///

///

///

///

///

1

Respectfully submitted this 17th day of February, 2011.

                                                Respectfully submitted,

Dated: February 17, 2011          /s/ *Stephen A. Valizan*
                                        STEPHEN A. VALIZAN, ESQ.
                                        Attorney for Plaintiff

Dated: February 17, 2011          BENJAMIN B. WAGNER
                                        United States Attorney

                                          /s/ *Shea Lita Bond*
                                          (As authorized via email)
                                          SHEA LITA BOND

                                          Attorneys for Defendant

                                              **ORDER**

    APPROVED AND SO ORDERED.

DATED: FEBRUARY 17, 2011

                                          /S/ KENDALL J. NEWMAN
                                          _____
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

OLSON HAGEL & FISHBURN LLP
555 CAPITOL MALL, SUITE 1425, SACRAMENTO, CA 95814